**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
JESUS GARCIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GARCIA,<br><br>        Plaintiff,<br><br>  vs.<br><br>PANTALEON M. OJEDA D/B/A TUNE UP MAESTRO; BOTACH MANAGEMENT, LLC; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:24-cv-03694-DDP-E**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff JESUS GARCIA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

2  summary judgment.  Accordingly, this matter may be dismissed without an Order of the

3  Court.

4

5  DATED:  March 31, 2025                **SO. CAL. EQUAL ACCESS GROUP**

6

7

8                                                    By:  ___*/s/   Jason J. Kim*___

9                                                          Jason J. Kim, Esq.
                                                          Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**